**Deny and Opinion Filed July 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00867-CV

### IN RE VICTORIA MANUSOS-JENKINS, Relator

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-54413-2012**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Bridges, and Justice Stoddart
Opinion by Justice Bridges

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to vacate its July 1, 2015 temporary orders. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). We conclude relator has failed to establish her right to mandamus relief. We deny the petition.

150867F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE